AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ryan Beda | ) | Case No.   1:17-mj-493. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**OCT 3 0 2017**

## UNDER SEAL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _Jan. 2015 through Aug. 29, 2017_ in the county of _____Fairfax_____ in the _Eastern_ District of _____Virginia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 846 | Conspiracy to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kendrah Peterson, Special Agent, DEA
_____
*Printed name and title*

Reviewed by AUSA/SAUSA:

SAUSA David A. Peters

Sworn to before me and signed in my presence.

Date: _____10/30/2017_____

/s/
_____
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: _____Alexandria, Virginia_____

The Honorable Theresa C. Buchanan
_____
*Printed name and title*