IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

APR 3 0 2018

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA )
)
v. ) No. 1:18-CR-00179-AJT
)
RYAN ALAN BEDA, ) The Hon. Anthony J. Trenga
)
)
Defendant. )

## STATEMENT OF FACTS

The United States and the Defendant, RYAN ALAN BEDA (hereafter "BEDA"), stipulate that the allegations in the criminal information and the following facts are true and correct, and that had the matter gone to trial, the United States would have proven the following facts beyond a reasonable doubt:

1. From in and around December 2013, and continuing through in and around February 2018, the defendant, RYAN ALAN BEDA, within the Eastern District of Virginia and elsewhere, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together with other persons to unlawfully, knowingly, and intentionally, distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 846.

2. During the course and in furtherance of the conspiracy, BEDA obtained quantities of methamphetamine from sources of supply in Washington, D.C., New York, New York, and elsewhere, for further distribution in the Eastern District of Virginia and elsewhere. BEDA worked in concert with other co-conspirators, including, but not limited to, Nathan Griffin, Curtis Dotson, Christopher Kain, and at least three unindicted co-conspirators (UCC-1, UCC-2, and UCC-3), to

distribute methamphetamine to customers within the Eastern District of Virginia and elsewhere. Many of these customers re-distributed the drug themselves.

3.      Specifically:

a.      Throughout 2015, BEDA obtained ounce quantities of methamphetamine from Nathan Griffin, Curtis Dotson, and UCC-2. BEDA re-distributed this methamphetamine within the Eastern District of Virginia and elsewhere.

b.      On or about July 28, 2015, in the District of Columbia, Nathan Griffin received a Federal Express package containing approximately 2 pounds of methamphetamine. The package was mailed from a source of supply in California and transited through Dulles International Airport before it was delivered. Dulles International Airport is located within the Eastern District of Virginia.

c.      BEDA obtained methamphetamine from Nathan Griffin and Curtis Dotson until their respective arrests. BEDA and UCC-2 continued to obtain quantities of methamphetamine from one another after Nathan Griffin and Curtis Dotson were arrested;

d.      On or about June 17, 2015, in the District of Columbia, BEDA sold approximately 10 grams of methamphetamine to a confidential source during a controlled purchase;

e.      In or about February 2017, Christopher Kain introduced BEDA to UCC-1 at a hotel in the District of Columbia. On or about April 4, 2017, Kain possessed with the intent to distribute approximately 450 grams of methamphetamine at Regan National Airport, which is located within the Eastern District of Virginia.

f.      In or about August 2017, BEDA and UCC-3 travelled to New York City to obtain approximately $10,000.00 worth of methamphetamine from UCC-1;

g.    On or about August 29, 2017, BEDA and UCC-3 travelled from New York to the District of Columbia with the approximately 84 grams of methamphetamine that they obtained from UCC-1.

4.    During the relevant period, BEDA was personally involved in the distribution of, or it was foreseeable to him that his co-conspirators would distribute, at least 5 kilograms, but less than 15 kilograms, of methamphetamine.

5.    The acts described above were done willfully and knowingly and with the specific intent to violate the law and not by accident, mistake, inadvertence, or other innocent reason. This Statement of Fact does not contain each and every fact known to the defendant and to the United States, and it is not intended to be a full enumeration of all the facts surrounding the defendant's charges.

6.    The defendant waives any rights that the defendant may have under Fed. R. Civ. P. 11(f), Fed. R. Evid. 410, the United States Constitution, and any federal statute or rule in objecting to the admissibility of the Statement of Facts in any proceeding.

Respectfully submitted,

Tracy Doherty-McCormick
Acting United States Attorney

Date: 7-30-2018

By: _____
David A. Peters
Special Assistant United States Attorney (LT)
Eastern District of Virginia
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel.: (703)-299-3835
Fax: (703) 299-3850
david.peters@usdoj.gov

Defendant's Stipulation and Signature

After consulting with my attorney, I hereby stipulate that the above Statement of Facts is true and accurate and that, if the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Date: 4/30/18

Ryan Alan Beda,
Defendant

Defense Counsel's Signature

I am the attorney for Defendant in this case, Ryan Alan Beda. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is informed and voluntary.

Date: 4/30/18

Lana M. Manitta, Esq.
Counsel for Defendant