PROB 49 (3-89)
VAE (rev. 05/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Ryan Beda                              Criminal No.: 1:18CR00179-001

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

<u>Mental Health Treatment</u> – You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Witness
                                2022.10.25
                                18:04:47 -04'00'
                                United States Probation Officer

Signed _____
                                Probationer or Supervised Releasee

Date   9/14/22

                                Respectfully,

## ORDER OF COURT

Considered and ordered this 14th day of
November, 2022 and ordered filed and
made a part of the records in the above case.

/s/
_____
Anthony J. Trenga
Senior United States District Judge
                Anthony J. Trenga
        Senior United States District Judge

Stan Leigh
Digitally signed by Stan Leigh
Date: 2022.11.08 16:02:02 -05'00'

_____
                Stanley Leigh
        U.S. Probation Officer

Place: Alexandria

Date:

TO CLERK'S OFFICE                                        Page 1